No. 23-2246

IN THE
# United States Court of Appeals for the Seventh Circuit

---

SKYLAR TACKETT, as Personal Representative of
the Estate of Raymond W. Tackett, Jr.,
*Plaintiff-Appellant*,

v.

KRISTEN C. DAUSS, M.D.,
*Defendant-Appellee.*

---

Appeal from the United States District Court
for the Southern District of Indiana, Indianapolis Division,
No. 1:21-cv-2809-JPS-MJD,
The Honorable James R. Sweeney, II, Judge.

---

**APPEARANCE OF COUNSEL FOR APPELLEES**

---

Attorney General of Indiana Todd Rokita, by Deputy Attorney General Abigail R. Recker, hereby enters her appearance on behalf of Defendants - Appellees, in the above-referenced matter.

The address of Deputy Attorney General Abigail R. Recker is Office of the Indiana Attorney General, 302 W. Washington Street, Indiana Government Center South, Fifth Floor, Indianapolis, Indiana, 46204.  The telephone number is (317) 234-7103 and the fax number is (317) 232-7979.  Her email is

Abigail.Recker@atg.in.gov

1

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

ABIGAIL R. RECKER
Deputy Attorney General

*Counsel for Defendants - Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. I further certify that the other participant in this case is a CM/ECF user.


ABIGAIL R. RECKER
Deputy Attorney General


OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-4664
Fax: (317) 232-7979
Email: Abigail.Recker@atg.in.gov

2